

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00526-CR

**EX PARTE** Gregory **JONES**,

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2014W0238
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due September 18, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court